No. 12–5739. MIZUKAMI *v.* EDWARDS ET AL. C. A. 9th Cir.;

No. 12–5798. HARDINE *v.* OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION. C. A. 9th Cir.;

No. 12–5872. FRANKLIN *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.;

No. 12–5962. WHITE v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY. C. A. 11th Cir.; and

No. 12–6082. K. F. v. UTAH. Ct. App. Utah. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 5, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.